**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 8:26-CR-319-KKM-LSG-1**

**ANDREA CATANESE.**
**________________________________/**

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Andrea Catanese, in the above-styled cause. The Clerk is requested to enter the appearance of Julia Seifer-Smith, Assistant Federal Public Defender, as counsel for the Defendant, and to withdraw the name of Stephen Consuegra, Assistant Federal Public Defender, as notice counsel for the Defendant.

DATED this 6th day of October 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Julia Seifer-Smith*
Julia Seifer-Smith,
Assistant Federal Defender
Florida Bar No. 86567
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: julia_seifer-smith@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Mark Andreu, AUSA

*/s/ Julia Seifer-Smith*
Julia Seifer-Smith,
Assistant Federal Public Defender